**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Jeffrey Wilson<br>v.<br>Experian Information Solutions, Inc.<br>& Verizon Wireless Services, LLC | Case Number:<br>FILED: MAY 08, 2008<br>08CV2660  LCW<br>JUDGE DARRAH<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - Jeffrey Wilson

---

**NAME (Type or print)**
Larry P. Smith

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)
s/ Larry P. Smith

**FIRM**
Larry P. Smith & Associates, Ltd.

**STREET ADDRESS**
205 N. Michigan Ave., Suite 4000

**CITY/STATE/ZIP**
Chicago, IL 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6217162 | 312-222-9028 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐