**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEFFREY WILSON. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08CV2660 |
| ) | |
| EXPERIAN INFORMATION ) | Judge Darrah |
| SOLUTIONS, INC., and VERIZON ) | Magistrate Judge Mason |
| WIRELESS SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S LOCAL RULE 3.2
NOTIFICATION OF AFFILIATES**

The undersigned, counsel of record for Defendant Experian Information Solutions, Inc. ("Experian"), hereby certifies pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.　　Parent Companies: The parent company of Experian is Experian Group Limited.

2.　　Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

　　(a)　　First American Real Estate Solutions, LLC

　　(b)　　First American Real Estate Solutions II, LLC

　　(c)　　Vehicle Title, LLC

　　(d)　　Central Source LLC

　　(e)　　Online Data Exchange LLC

　　(f)　　New Management Services LLC

　　(g)　　VantageScore Solutions LLC

3. Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is a Jersey, Channel Islands company, which is publicly traded on the London Stock Exchange.

Dated: June 3, 2008                                    Respectfully submitted,

*/s/ Angela M. Muccino*
Angela M. Muccino (#6290295)
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
E-mail:  ammuccino@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

CHI-1651998v1

## CERTIFICATE OF SERVICE

  I, Angela M. Muccino, an attorney, certify that on June 3, 2008, I served the foregoing **Defendant Experian Solutions, Inc.'s Local Rule 3.2 Notification of Affiliates** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Larry Smith, Esq.
Alyssa Hicks Blackwell, Esq.
Larry P. Smith & Associates, Ltd.
205 North Michigan Ave., 40th Floor
Chicago, IL 60601

*Counsel for Plaintiff*


                *s/ Angela M. Muccino*
                Angela M. Muccino