## United States District Court for the Northern District of Illinois

Case Number: 08CV2660    Assigned/Issued By: DAJ

Judge Name:    Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __07/08/08__ as to __VERIZON WIRELESS SERVICES.__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05