IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08-CV-2660 |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) | Judge Darrah |
| and ) | |
| VERIZON WIRELESS SERVICES, LLC, ) | Magistrate Judge Mason |
| ) | |
| Defendant. ) | |

## MOTION TO DEFAULT

NOW COMES the Plaintiff, JEFFREY WILSON, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to hold the Defendant, VERIZON WIRELESS SERVICES, LLC, ("Defendant"), in default for its failure to appear, answer, or otherwise plead. In support thereof, Plaintiff states as follows:

1. Defendant was served on July 15, 2008. (See copy of return of service, attached hereto and marked as Exhibit "A").

2. An answer was due on of before August 15, 2008.

3. After a complete review of the court file and court computer, the Defendant has failed to either appear, answer, or otherwise plead.

WHEREFORE, Plaintiff, JEFFREY WILSON, moves this Honorable Court to enter an order defaulting Defendant, VERIZON WIRELESS SERVICES, LLC.

Respectfully Submitted,
**JEFFREY WILSON**

By: ___*/s Larry P. Smith*___
Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
(312) 222-9028

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>and<br>VERIZON WIRELESS SERVICES, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 08-CV-2660<br><br>   Judge Darrah<br><br>   Magistrate Judge Mason |

## AFFIDAVIT

I, Attorney for Plaintiff, in this cause do hereby certify that on August 15, 2008, I checked the Court file for this case, and on August 15, 2008, I checked the court docket for this case.

I further certify the proof of service of summons that the following parties have been served on the dates indicated as follows:

| PARTY* | DATE OF SERVICE |
|---|---|
| VERIZON WIRELESS SERVICES, LLC | July 15, 2008 |

I further certify that the only appearances filed of record, were for the following persons and on the dates shown herein:

| PARTY* | DATE OF APPEARANCE |
|---|---|
| VERIZON WIRELESS SERVICES, LLC | NONE |

and that all other parties to this cause have failed to file their appearance.

Respectfully Submitted,

By:    */s Larry P. Smith*
       Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
(312) 222-9028

# EXHIBIT A

.O 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | JULY 15, 2008 |
| NAME OF SERVER (PRINT)  FRANK JAMES | TITLE  PRESIDENT/PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE TO REGISTERED AGENT: PATRICIA HUDSON AT 11:49 A.M.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/15/08
           Date

Signature of Server

Address of Server:
4651 Woodstock Rd. Ste. 208-200
Roswell, GA 30075

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.