IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-2660 |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | Judge Darrah |
| and | ) | |
| VERIZON WIRELESS SERVICES, LLC, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

VERIZON WIRELESS SERVICES, LLC
Attn: Legal Department
3 Verizon Place
Alpharetta, GA 30004-8510

　　On **Tuesday, August 26, 2008 at 9am** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Darrah, or any judge sitting in his stead, in courtroom 1203, the courtroom usually occupied by him in the Federal Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and present a copy of **Plaintiff's Motion to Default VERIZON WIRELESS SERVICES, LLC,** a copy of which is attached hereto and herewith served upon you.

　　　　　　　　　　　　　　　　　　　　　By: _____/s Larry P. Smith_____
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**Name:**　　　　Larry P. Smith & Associates, Ltd.
**Attorney for:**　Plaintiff
**Address:**　　　205 N. Michigan Ave. 40th Floor
**City:**　　　　　Chicago, Illinois 60601
**Telephone:**　　(312) 222-9028

## CERTIFICATE OF SERVICE BY MAIL

　　The undersigned, attorney for Plaintiff, certifies that I served this notice by mailing a copy to the above named party by depositing the same in the U.S. mail at 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601, at 5:00 p.m. on August 15, 2008, with proper postage prepaid.

By: _____/s Larry P. Smith_____
Attorney for Plaintiff