# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2660 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Jeffrey Wilson vs. Experian Information Solutions, Inc. | | |

**DOCKET ENTRY TEXT**

Discovery is ordered closed on 2/2/09. Pretrial conference set for 6/10/09 at 1:30 p.m. Jury trial set for 6/15/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|